IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORINDA BROWN, | ) | CASE NO. 4:09-CV-03088 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION |
| | ) | TO DISMISS |
| GRANDMOTHER'S, INC., a Nebraska corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the defendant, Grandmother's, Inc., and moves the Court for an Order pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure dismissing plaintiff's Complaint for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted. The Court does not have subject matter jurisdiction to hear this case because plaintiff has failed to show injury in fact and redressability, and thus, does not have standing. Further, plaintiff's claims are moot as to the alleged barriers that Grandmother's has removed. Because removal of the remaining barriers is not readily achievable, Grandmother's is not required to make corrections. Thus, plaintiff has failed to state a claim upon which relief can be granted as to the remaining alleged barriers.

WHEREFORE, defendant prays that plaintiff's Complaint be dismissed, with prejudice, at plaintiff's cost, and for such other relief as the Court deems just and equitable.

                                      GRANDMOTHER'S, INC., Defendant


                                      By: /s/ Valerie S. Retelsdorf
                                            Valerie S. Retelsdorf, #24187
                                            Harvey B. Cooper, #15035
                                            Abrahams, Kaslow & Cassman LLP
                                            8712 West Dodge Road, Suite 300
                                            Omaha, NE  68114
                                            Telephone:  (402) 392-1250
                                            Attorneys for Defendant

VSR/375217.1

CERTIFICATE OF SERVICE

      I hereby certify that on November 4, 2009, I electronically filed foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

    Marvin L. Andersen at marvin@bradleylawoffice.com

    Michael P. Kneale at mike@bradleylawoffice.com

    Stephan M. Nitz at snitz@szalaw.com

                                                               s/ Valerie S. Retelsdorf
                                                                Valerie S. Retelsdorf, #24187