UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LORINDA BROWN,                                  CASE NO.: 4:09-cv-03088-WKU

        Plaintiff,

vs.

GRANDMOTHER'S, INC., a
Nebraska corporation,

        Defendant.
_____/

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

    Plaintiff, Lorinda A. Brown, by and through the undersigned counsel, files her response to Defendant's Motion to Dismiss and is also filing her Brief simultaneously in support of her response.

Dated this 23rd day of November 2009.            Respectfully submitted,

                                    Schwartz Zweben LLP
                                    3876 Sheridan Street
                                    Hollywood, Florida 33021
                                    Telephone:     954-966-2483
                                    Fax:                954-966-2566

                                    By: _Stephan M. Nitz_____
                                          Stephan M. Nitz
                                          Florida Bar No. 0045561
                                          snitz@szalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2009, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing which sent notification of such filing to the following:

Marvin L. Andersen
Michael P. Kneale
Bradley, Elsbernd, Emerton, Andersen & Kneale, P.C.
202 W. Third Street
P.O. Box 639
Grand Island, NE  68802-0639
(308) 382-2128
(308) 382-2014

Harvey B. Cooper
Cline Williams
8712 West Dodge Rd.
Suite # 300
Omaha, NE  68114
(402) 392-1250

                                             By: Stephan M. Nitz\_\_\_\_
                                                 Stephan M. Nitz